IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LORIE ANN PAYTON**     **PLAINTIFF**

V.     **NO. 4:20-CV-76-DMB-DAS**

**ANDREW SAUL,**
**Commissioner of Social Security**     **DEFENDANT**

## ORDER

On April 14, 2021, United States Magistrate Judge David A. Sanders issued a Report and Recommendation ("R&R") in this appeal from the unfavorable decision of the Commissioner of Social Security regarding Lorie Ann Payton's application for Social Security disability benefits and/or supplemental security income. Doc. #25. The R&R recommends that the decision be affirmed. *Id.* at 1. No objections to the R&R were filed within the time allowed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [25] is **ADOPTED** as the order of the Court. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED**, this 29th day of April, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**